IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON SHAWN PETTIT                                                                                          PLAINTIFF

v.                                              Case No. 4:25-cv-04047

SHERIFF BOBBY WALRAVEN;
JAIL ADMINISTRATOR GINA
BUTLER; CAPTAIN CHERESE
CHAPA; and CORRECTIONAL
OFFICER JORDON LNU                                                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 11, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Judge Bryant recommends that: (1) Plaintiff's claim for access-to-courts against all Defendants be dismissed for failure to state a claim upon which relief may be granted; (2) Plaintiff's claim for professional behavior and jail standards against all Defendants be dismissed for failure to state a claim upon which relief may be granted; (3) Plaintiff's official capacity claims against all Defendants be dismissed for failure to state a claim upon which relief may be granted; and (4) Plaintiff's claim for denial of medical care against Defendants Sheriff Bobby Walraven ("Defendant Walraven") and Jail Administrator Gina Butler ("Defendant Butler") in their individual capacities only, proceed for further litigation. (ECF No. 10, at 7).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*. Accordingly, the Court finds that Plaintiff's claim for access-to-courts,

claim for professional behavior and jail standards, and official capacity claims should be and hereby are **DISMISSED WITHOUT PREJUDICE**.  Plaintiff's claim for denial of care against Defendant Walraven and Defendant Butler will remain for further litigation.  Defendants Captain Cherese Chapa and Correctional Officer Jordon LNU are hereby **TERMINATED** from this case.

    **IT IS SO ORDERED**, this 6th day of August, 2025.

                                        /s/ Susan O. Hickey
                                        Susan O. Hickey
                                        Chief United States District Judge